**Order filed, November 17, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00846-CV
_____

## EX PARTE JARED SCOTT ENGER, Appellant

---

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 15-CV-0307**

---

## ORDER

The reporter's record in this case was due **October 29, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Geneva Villanueva**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM